# United States District Court
# Central District of California

| | |
|---|---|
| ELVA TOBON, | Case № 2:16-cv-08936-ODW (GJSx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE &** |
| NATIONSTAR MORTGAGE LLC; and | **JUDGMENT** |
| DOES 1 through 10, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

On October 21, 2016, Plaintiff Elva Tobon filed this case in the Superior Court of California for the County of Ventura seeking to stop the foreclosure of her home. (ECF No. 1.) Defendant Nationstar Mortgage LLC removed the case to federal court on December 2, 2016. (*Id.*) Plaintiff filed a first amended complaint on February 14, 2017. (ECF No. 14.) In her first amended complaint, Plaintiff alleged nine causes of action: (1) violation of the Truth in Lending Act; (2) violation of the Real Estate Settlement Procedures Act; (3) breach of fiduciary duty; (4) fraud; (5) unconscionability; (6) breach of the implied covenant of good faith and fair dealing; (7) unfair and deceptive practices and acts; (8) predatory lending; and (9) declaratory relief. (FAC ¶¶ 40–89.) On February 28, 2017, Defendant filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss. (ECF No. 15.) On April 4, 2017, the Court granted Defendant's motion in its entirety. (Order 14, ECF No. 21.) The Court gave Plaintiff forty-five days to file a second amended complaint. (*Id.*) Plaintiff did not file a second amended complaint during that forty-five-day period. Accordingly, the Court **DISMISSES** this case *with prejudice*. The Clerk of Court shall close the case.

## JUDGMENT

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant, and her claims against Defendant are dismissed on the merits and with prejudice;

2. Defendant shall recover costs from Plaintiff as evidenced by a bill of costs.

**IT IS SO ORDERED.**

June 13, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**